### The City of Philadelphia *v.* Philadelphia and West Chester Turnpike Road Company, Appellant.

Argued Jan. 18, 1898. Appeal, No. 108, Jan. T., 1898, by defendant, from decree of C. P. No. 4, Phila. Co., Dec. T., 1894, No. 435, on bill in equity. Before GREEN, WILLIAMS, McCOLLUM, MITCHELL and DEAN, JJ. Affirmed.

OPINION BY MR. JUSTICE DEAN, July 21, 1898:

The main question which determines this contention, has

been answered in the opinion of West Philadelphia Passenger Railway Company against same defendant, handed down this day, ante, p. 459.

The decree of the court below is affirmed at costs of appellant.